# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

SIP K.,

    Petitioner,

v.

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security,
TODD BLANCHE, Acting Attorney
General, DAVID VENTURELLA, Acting
Director, Immigration and Customs
Enforcement, and DAVID
EASTERWOOD, Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement,

    Respondents.

Case No. 26-CV-3152 (NEB/DLM)

ORDER FOR DISMISSAL

---

Pursuant to the parties' Joint Notice of Voluntary Dismissal filed on July 31, 2026 (ECF No. 18), IT IS HEREBY ORDERED that this action is DISMISSED pursuant to Rule(a)(1)(A)(ii).

Dated: August 4, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge